## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ROOT SCIENCES, LLC,<br><br>                              **Plaintiff,**<br>       v.<br><br>**THE UNITED STATES**<br><br>                              **Defendant**. | **S U M M O N S**<br><br>Court No.  21-00123 |

**TO:**   The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).

<u>/s/ Mario Toscano</u>
Clerk of the Court

### PROTEST

| **Port of Entry:** 2704 Long Beach, CA | **Date Protest Filed**:   February 18, 2021 |
|---|---|
| **Protest Number:**  2704-21-152312 | **Date Protest Denied:**   March 20, 2021 (deemed denied) |
| **Importer:**  ROOT SCIENCES, LLC | |
| **Category of merchandise:** Cryo-Ethanol Extraction System, Model No. CryoEXS400 | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Exclusion | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| F23-92533824 | 12/18/2020 | 01/13/21 (detention) | | | |
| | | | | | |
| | | | | | |

US Customs & Border Protection
301 E Ocean Blvd.
Suite 1400
Long Beach, CA  90802

Richard F O'Neill, Esq.
Neville Peterson LLP
999 Third Ave., Ste. 2525
Seattle, WA  98104
(206) 518-9335

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

### Classification, Rate or Amount

| | Assessed | | Protest Claim | |
|---|---|---|---|---|
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| | | | | |

| Other |
|---|
| Exclusion of merchandise from entry based on suspicion as "possible drug paraphernalia." |

| |
|---|
| **The issue which was common to all such denied protests:** |
| The Subject Merchandise is deemed excluded by operation of 19 U.S.C. § 1499(c)(5). |

**Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.**

                                             /s Richard F. O'Neill
                                            *Signature of Plaintiff's Attorney*

                                            March 22, 2021
                                            *Date*