UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

_____
                                            :
ROOT SCIENCES, LLC,                         :
                                            :
                Plaintiff,          :    Court No. 21-00123
                                            :
       v.                            :
                                            :
UNITED STATES,                              :
                                            :
                Defendant.          :
_____ :

## **ORDER**

Upon reading defendant's consent motion to stay the filing of documents pursuant to USCIT Rule 73.1; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's consent motion to stay is granted; and it is further

ORDERED that, should defendant's pending motion to dismiss (ECF no. 27) be denied in its entirety, U.S. Customs and Border Protection shall file the Rule 73.1 documents within seven (7) days of the Court's decision.

                                                                        _____
                                                                         GARY S. KATZMANN, JUDGE

Dated: New York, New York
       This _____ day of _____, 2021

| | : | |
|---|---|---|
| ROOT SCIENCES, LLC, | : | |
| | : | |
| Plaintiff, | : | Court No. 21-00123 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# DEFENDANT'S CONSENT MOTION TO STAY
# THE FILING OF RULE 73.1 DOCUMENTS

The United States, defendant, respectfully moves this Court to stay the filing of documents pursuant to USCIT Rule 73.1 in the above-referenced action. We respectfully request that should defendant's pending motion to dismiss (ECF no. 27) be denied in its entirety, that U.S. Customs and Border Protection (CBP) shall file the Rule 73.1 documents within seven (7) days of the Court's decision.

For any case filed under 28 U.S.C. § 1581(a), Rule 73.1 provides:

> (a) For any case commenced after the effective date of this rule, unless otherwise ordered by the court, within 90 days after the filing of the summons, U.S. Customs and Border Protection ("CBP") must file the following items electronically if they were provided to or created by CBP prior to the filing of the court action:
> (1) information contained in the entry summary;
> (2) commercial invoice and any other relevant documents associated with the entry, submitted by or on behalf of the importer;
> (3) protest or petition, including any attachments and supplements; and
> (4) decision on the protest or petition.

Here, the Rule 73.1 filing is due by June 21, 2021. However, the Government has moved to dismiss this case for lack of jurisdiction. ECF no. 27. That motion is fully

briefed and pending before the Court.  Furthermore, oral argument on that motion has been scheduled for June 30, 2021.  ECF no. 34.  Accordingly, CBP should not be required to file the Rule 73.1 documents until after the Court decides the pending motion to dismiss.

      On June 3, 2021, Guy Eddon, counsel for defendant, conferred with Richard F. O'Neill, Esq., of Neville Peterson LLP, counsel for plaintiff, who advised that, on behalf of his client, he consents to the relief requested by this motion.

**CONCLUSION**

For these reasons, we respectfully request that the Court grant our consent motion to stay the filing of documents pursuant to Rule 73.1 in the above-referenced action.

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        JEANNE E. DAVIDSON
                                        Director

                                        JUSTIN R. MILLER
                                        Attorney-in-Charge
                                        International Trade Field Office

By:    /s/ Aimee Lee
         AIMEE LEE
         Assistant Director

         /s/ Guy Eddon
         GUY EDDON
         Trial Attorney
         Civil Division, Dept. of Justice
         Commercial Litigation Branch
         26 Federal Plaza, Room 346
         New York, New York l0278
         Tel. No.: 212-264-9230 or 9232
         *Attorneys for Defendant*

Dated: June 3, 2021