**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
------------------------------------------------------------------- X
ROOT SCIENCES, LLC                              :
                                                :
        Plaintiff,                              :
                                                :
        v.                                      :    No. 21-00123
                                                :
THE UNITED STATES                               :
                                                :
        Defendant.                              :
------------------------------------------------------------------- X
```

## NOTIFICATION OF CHANGES PURSUANT TO RULE 75(e)

PLEASE TAKE NOTICE that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, the undersigned attorney hereby provides this notice of a change in the attorney's address and telephone number in the above-captioned case, and in the schedule of cases appended hereto, as follows:

> Richard F. O'Neill
> Neville Peterson LLP
> 701 Fifth Ave., Ste. 4200-2159
> Seattle, WA 98104-4089
> (206) 905-3648
> roneill@npwny.com

Please do not hesitate to contact the undersigned if you have any questions. Thank you.

> Respectfully submitted,
>
> NEVILLE PETERSON LLP
>
>
> /s/  Richard F. O'Neill
>     Richard F. O'Neill

Dated:  January 4, 2022

## SCHEDULE TO NOTICE OF APPEARANCE

| Case No. | Case Name | Date Filed |
|---|---|---|
| 19-cv-00125-TJA | *United States v. Katana Racing, Inc.* | filed 07/15/19 |
| 19-cv-00179-RKE | *ME Global, Inc. v. United States* | filed 09/25/19 |
| 20-cv-00124-LMG | *Cyber Power Systems (USA) Inc. v. United States* | filed 06/22/20 |
| 20-cv-00125-CRK-GSK-JAR | *Maple Leaf Marketing, Inc. v. United States et al* | filed 06/24/20 |
| 20-cv-00130-CRK-GSK-JAR | *ME Global, Inc. v. United States et al* | filed 07/14/20 |
| 20-cv-01332-3JP | *Jedwards International, Inc. v. United States et al* | filed 09/18/20 |
| 20-cv-01365-3JP | *J.G. Schmidt Co. Inc. v. United States et al* | filed 09/18/20 |
| 20-cv-01427-3JP | *360 Electrical, LLC v. United States et al* | filed 09/18/20 |
| 20-cv-01482-3JP | *NVIDIA Corporation v. United States et al* | filed 09/18/20 |
| 20-cv-01531-3JP | *River of Goods, Inc. v. United States et al* | filed 09/18/20 |
| 20-cv-01563-3JP | *Rimco Inc. v. United States et al* | filed 09/18/20 |
| 20-cv-01567-3JP | *Terrybear Inc. v. United States et al* | filed 09/18/20 |
| 20-cv-01756-3JP | *Xerox Corporation v. United States et al* | filed 09/18/20 |
| 20-cv-01774-3JP | *Burberry Limited et al v. United States et al* | filed 09/18/20 |
| 20-cv-01788-3JP | *Promethean Inc. v. United States et al* | filed 09/18/20 |
| 20-cv-01796-3JP | *Safeguard 30, LLC v. United States et al* | filed 09/19/20 |
| 20-cv-01835-3JP | *Cyber Power Systems (USA) Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01850-3JP | *Siya Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01855-3JP | *Yourtruckshop.com v. United States et al* | filed 09/19/20 |
| 20-cv-01859-3JP | *Newborn Bros. Co., Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01860-3JP | *Asia Sources, Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01869-3JP | *Evans Mfg. Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01871-3JP | *American Furniture Manufacturing Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-01885-3JP | *Steve Silver Company v. United States et al* | filed 09/19/20 |
| 20-cv-01893-3JP | *Harmer Steel Products Company v. United States et al* | filed 09/19/20 |
| 20-cv-01894-3JP | *Carbon Activated Corporation v. United States et al* | filed 09/19/20 |
| 20-cv-01920-3JP | *Ove Decors Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01923-3JP | *Chinada Industries Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01924-3JP | *SGS Sports Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01937-3JP | *Enterprise Robert Thibert Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01942-3JP | *JAC Products, Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01948-3JP | *Nuevo, Division of Nuevo Americano Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01959-3JP | *Gardner Glass Products Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01972-3JP | *World Data Products Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-01989-3JP | *Dixon Valve & Coupling Company, LLC. et al v. United States et al* | filed 09/19/20 |

| | | |
|---|---|---|
| 20-cv-01992-3JP | *Continental Automotive Systems, Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-02011-3JP | *Charles Serouya & Son, Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02033-3JP | *A&A Pharmachem Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-02041-3JP | *Good2Grow LLC v. United States et al* | filed 09/19/20 |
| 20-cv-02050-3JP | *Raymond Geddes Company v. United States et al* | filed 09/19/20 |
| 20-cv-02063-3JP | *Olympia Sports Company Incorporated v. United States et al* | filed 09/19/20 |
| 20-cv-02069-3JP | *Sarah Wells, LLC v. United States et al* | filed 09/19/20 |
| 20-cv-02077-3JP | *Vitesco Technologies USA, LLC v. United States et al* | filed 09/19/20 |
| 20-cv-02084-3JP | *Meyer Corporation, U.S. v. United States et al* | filed 09/19/20 |
| 20-cv-02114-3JP | *Turbo Tires Discount, Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-02128-3JP | *Meubles Foliot Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02137-3JP | *Lassonde Pappas and Co., Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-02150-3JP | *Limson Trading, Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02155-3JP | *Foliot Furniture Pacific Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02162-3JP | *Modes Moose Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-02163-3JP | *Zagg Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02180-3JP | *Produits Neptune Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02183-3JP | *Simko North America LLC et al v. United States et al* | filed 09/19/20 |
| 20-cv-02187-3JP | *Ganz USA LLC v. United States et al* | filed 09/19/20 |
| 20-cv-02197-3JP | *Midwest CBK, LLC v. United States et al* | filed 09/19/20 |
| 20-cv-02211-3JP | *American Biltrite Inc. et al v. United States et al* | filed 09/19/20 |
| 20-cv-02220-3JP | *Giftwares Company Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02225-3JP | *2109971 Ontario Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02226-3JP | *Eastern Manufacturing v. United States et al* | filed 09/19/20 |
| 20-cv-02241-3JP | *K&M Associates LP et al v. United States et al* | filed 09/19/20 |
| 20-cv-02257-3JP | *FH Group International, Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02278-3JP | *ACI Brands Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02296-3JP | *Stream33 Products, LLC et al v. United States et al* | filed 09/19/20 |
| 20-cv-02307-3JP | *Sistemalux Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02324-3JP | *E. Mishan & Sons Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02335-3JP | *Bestseller Wholesaler Canada Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02349-3JP | *Zojirushi America Corporation v. United States et al* | filed 09/19/20 |
| 20-cv-02362-3JP | *Les Pieces D'Auto Transbec Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02371-3JP | *Sensio Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02378-3JP | *Stribbons Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02384-3JP | *Direct Auto Imports Inc. v. United States et al* | filed 09/19/20 |
| 20-cv-02536-3JP | *Colson Caster LLC et al v. United States et al* | filed 09/20/20 |
| 20-cv-02538-3JP | *Nature's Touch Frozen Foods (West) Inc. et al v. United States et al* | filed 09/20/20 |
| 20-cv-02544-3JP | *Machimpex Inc. v. United States et al* | filed 09/20/20 |
| 20-cv-02552-3JP | *Shepherd Hardware Products LLC v. United States et al* | filed 09/20/20 |

| | | |
|---|---|---|
| 20-cv-02560-3JP | *Bazz Inc. v. United States et al* | filed 09/20/20 |
| 20-cv-02566-3JP | *GROUPE FORDIA INC. v. UNITED STATES OF AMERICA et al* | filed 09/20/20 |
| 20-cv-02573-3JP | *Les Industries Trovac Ltee v. United States et al* | filed 09/20/20 |
| 20-cv-02578-3JP | *CET-USA Inc. v. United States et al* | filed 09/20/20 |
| 20-cv-02583-3JP | *Iguzzini Lighting North America v. United States et al* | filed 09/20/20 |
| 20-cv-02587-3JP | *Shandong America Industries Inc. v. United States et al* | filed 09/20/20 |
| 20-cv-02593-3JP | *ME Global, Inc. v. United States et al* | filed 09/20/20 |
| 20-cv-02594-3JP | *Kimpex USA Ltd. v. United States et al* | filed 09/20/20 |
| 20-cv-02604-3JP | *Beverage Hill International Inc. v. United States et al* | filed 09/20/20 |
| 20-cv-02638-3JP | *AMG Aluminum North America, LLC v. United States et al* | filed 09/20/20 |
| 20-cv-02701-3JP | *P&T Products Co. Ltd. v. United States et al* | filed 09/20/20 |
| 20-cv-02895-3JP | *Midstates Imports LLC v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-02902-3JP | *Harooni Originals et al v. United States et al* | filed 09/21/20 |
| 20-cv-02917-3JP | *Italmatch USA Corporation et al v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-02920-3JP | *MY MIND'S EYE LLC v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-02933-3JP | *Katun Corporation v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-02947-3JP | *Nicolon Corporation, d/b/a TenCate Geosynthetics Americas v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03010-3JP | *WILD EYE DESIGNS INC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03038-3JP | *Niagara Bottling, LLC v. United States et al* | filed 09/21/20 |
| 20-cv-03061-3JP | *GEORG JENSEN INC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03088-3JP | *RANKA ENTERPRISES INC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03113-3JP | *Chem Source Inc. v. United States et al* | filed 09/21/20 |
| 20-cv-03136-3JP | *Breather Inc. v. United States et al* | filed 09/21/20 |
| 20-cv-03168-3JP | *Stanley Black & Decker, Inc. et al v. United States et al* | filed 09/21/20 |
| 20-cv-03200-3JP | *ATV INC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03207-3JP | *Katana Racing, Inc. v. United States et al* | filed 09/21/20 |
| 20-cv-03242-3JP | *International Tire Co. Ltd. v. United States et al* | filed 09/21/20 |
| 20-cv-03248-3JP | *Resonance, Inc. v. United States et al* | filed 09/21/20 |
| 20-cv-03253-3JP | *Ralco Inc./Motorsport Aftermarket Group, on behalf of Itself and Its Members: v. United States et al* | filed 09/21/20 |
| 20-cv-03266-3JP | *STUDIO RTA CO. d/b/a SAUDER v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03282-3JP | *Lucas International Beauty Supply, Inc. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |

| | | |
|---|---|---|
| 20-cv-03297-3JP | *Altior Industries LLC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03317-3JP | *S.U.P. International LLC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03338-3JP | *INSIGHT RESOURCE GROUP v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03343-3JP | *Spot, LLC. et al v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03356-3JP | *WANNER ENGINEERING INC. v. UNITED STATES OF AMERICA et al* | filed 09/21/20 |
| 20-cv-03383-3JP | *Achilles USA, Inc. v. United States et al* | filed 09/21/20 |
| 20-cv-03542-3JP | *GLEASON INDUSTRIAL PRODUCTS, INC. et al v. UNITED STATES OF AMERICA et al* | filed 09/22/20 |
| 20-cv-03605-3JP | *MAKOTA CO. v. UNITED STATES OF AMERICA et al* | filed 09/23/20 |
| 20-cv-03611-3JP | *GROWLERWERKS, INC. v. UNITED STATES OF AMERICA et al* | filed 09/23/20 |
| 20-cv-03694-3JP | *Caudill Seed LLC v. United States et al* | filed 09/28/20 |
| 20-cv-03700-3JP | *Sauder Manufacturing Co. v. United States et al* | filed 09/29/20 |
| 20-cv-03770-3JP | *Kennametal, Inc. v. United States et al* | filed 10/16/20 |
| 20-cv-03790-3JP | *DOKA USA, LTD. et al v. THE UNITED STATES OF AMERICA et al* | filed 10/22/20 |
| 20-cv-03839-N/A | *Maple Leaf Marketing, Inc. v. United States* | filed 11/17/20 |
| 20-cv-03925-3JP | *Exist Inc v. United States et al* | filed 12/21/20 |
| 21-cv-00052-3JP | *In Re Section 301 Cases* | filed 02/10/21 |
| 21-cv-00165-TMR | *Virtus Nutrition LLC v. United States* | filed 04/15/21 |
| 21-cv-00181-N/A | *Maple Leaf Marketing, Inc. v. United States* | filed 04/21/21 |
| 21-cv-00199-N/A | *Cyber Power Systems (USA) Inc. v. United States* | filed 04/28/21 |
| 21-cv-00200-CRK | *Cyber Power Systems (USA) Inc. v. United States* | filed 04/28/21 |
| 21-cv-00203-N/A | *Cyber Power Systems (USA) Inc. v. United States* | filed 04/29/21 |
| 21-cv-00235-N/A | *Corwik Group Ltd. v. United States et al* | filed 05/18/21 |
| 21-cv-00287-GSK | *Eteros Technologies USA, Inc. v. United States* | filed 06/11/21 |
| 21-cv-00328-N/A | *FOXTI, Inc. v. United States et al* | filed 07/09/21 |
| 21-cv-00330-N/A | *Zgonic North America, Inc. v. United States et al* | filed 07/09/21 |
| 21-cv-00537-MAB | *Rimco Inc. v. United States* | filed 09/22/21 |
| 21-cv-00588-N/A | *Rimco Inc. v. United States* | filed 11/18/21 |