UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

------------------------------------------------------------------- X
ROOT SCIENCES, LLC,

      Plaintiff,

      v.                                                                   No. 21-00123

UNITED STATES,

      Defendant.
------------------------------------------------------------------- X

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Root Sciences, LLC, in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit, pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A)(iv), from the final judgment entered on October 7, 2021 following the issuance of Slip Op. 21-136; and from the March 15, 2022 denial of its Motion for Reconsideration (*see* Slip Op. 22-26), which was filed in accordance with Rule 59 of the Rules of the United States Court of International Trade.

                                                      Respectfully submitted,

                                                      NEVILLE PETERSON LLP

                                                      /s/ Richard F. O'Neill
                                                      Richard F. O'Neill
                                                      701 Fifth Ave. Ste. 4200-2159
                                                      Seattle, WA 98104
                                                      (206) 518-9335
                                                      roneill@npwny.com

                                                      /s/ John M. Peterson
                                                      John M. Peterson
                                                      Patrick B. Klein
                                                      One Exchange Plaza
                                                      55 Broadway, Suite 2602
                                                      New York, NY 10006
                                                      (212) 635-2730
                                                      jpeterson@npwny.com

Dated:  May 13, 2022